```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 19749
   LILLIA BANKS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0533

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 05/17/2005 and was confirmed 09/07/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was paid in full 11/25/2008.
-----------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED         1320.00             .00       1320.00
COMMONWEALTH EDISON        UNSECURED          666.24             .00        666.24
PEOPLES GAS LIGHT & COKE   UNSECURED          318.40             .00        318.40
WELLS FARGO FINANCIAL AC   UNSECURED             .00             .00            .00
AT & T WIRELESS            UNSECURED        NOT FILED            .00            .00
EXELON BUSINESS SERV       NOTICE ONLY      NOT FILED            .00            .00
EBSCO TELEMARKETING SERV   UNSECURED        NOT FILED            .00            .00
PREMIER BANCARD CHARTER    FILED LATE         275.27             .00            .00
KCA FINANCIAL SERVICES     UNSECURED        NOT FILED            .00            .00
MEDICAL BUSINESS BUREAU    UNSECURED        NOT FILED            .00            .00
NATIONWIDE CREDIT & COLL   UNSECURED        NOT FILED            .00            .00
OMS                        UNSECURED        NOT FILED            .00            .00
SCHOLASTIC                 UNSECURED        NOT FILED            .00            .00
SINAI COMMUNITY FOUNDATI   UNSECURED        NOT FILED            .00            .00
US BANK NA                 UNSECURED        NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          1120.92             .00       1120.92
LEGAL ASSISTANCE FOUNDAT   DEBTOR ATTY          .00                             .00
TOM VAUGHN                 TRUSTEE                                           192.58
DEBTOR REFUND              REFUND                                          1,018.84

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               4,636.98

PRIORITY                                    1,120.92
SECURED                                          .00
UNSECURED                                   2,304.64
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          192.58
DEBTOR REFUND                               1,018.84

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 19749 LILLIA BANKS
```

```
                                   ---------------    ---------------
TOTALS                                    4,636.98           4,636.98
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 02/26/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE